# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Forest Glenn Formby,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No. 12 C 2168 ) |
| **Zimmer, Inc., et al,** | ) Judge Rebecca R. Pallmeyer ) ) |
| **Defendants.** | ) |

## ORDER

Pursuant to Stipulation, the above cause is dismissed without prejudice and without costs against either party.

ENTER:

Dated: February 20, 2015

_____
REBECCA R. PALLMEYER
United States District Judge